**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Alexander V. Brown<br>Debtor, | Chapter: 11<br>Case No: 11–12265<br>Judge Janet E. Bostwick |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above was entered on 6/28/21 .

Date:6/6/22

By the Court,

<u>David Corchado</u>
Deputy Clerk
508–770–8905

564