UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| In re | |
|---|---|
| ALEXANDER BROWN | Chapter 11 |
| | Case No. 11-12265 |
| Debtor | |

## NOTICE OF CHANGE OF ADDRESS

NOW COMES Alexander Brown, debtor in the above captioned matter, and notifies the court that the creditor(s) listed below appear to have changed their addresses to those indicated below. The clerk is requested to update the matrix.

June 22, 2022

Respectfully submitted,
Alexander Brown,
By his attorney

/s/    *David G. Baker*
David G. Baker, Esq.
236 Huntington Avenue, Ste. 317
Boston, MA  02115
617-340-3680
BBO# 634889

| Old address: | New Address: |
|---|---|
| RJM Acquisitions Funding LLC<br>575 Undershill Blvd #224<br>Syosset, NY.  11791 | RJM Acquisitions Funding LLC<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE. 19801 |